IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-MJ-1651-BM

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KEVIN DAY DUNLOW | ) | |

This matter is before the court on the government's motion to unseal requesting that the complaint in this case [DE-1] be unsealed, but that the redacted version of the affidavit attached to the government's motion be utilized in the public record. For good cause show by the reasons stated therein, the motion is GRANTED.

It is hereby ORDERED that page 1 of [DE-1] be unsealed, and that it be refiled as a public document along with the redacted affidavit attached to the government's motion to unseal.

SO ORDERED, this 24th day of May, 2024.

Brian S. Meyers
United States Magistrate Judge